**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO:  7:24-CV-930(FL)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **STEPHANIE DAMICO,** | ) | |
| **Defendant.** | ) | |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named Defendant having failed to appear, plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named Defendant.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendant and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above-named Defendant in the sum of $26,224.72, plus all accrued interest since August 6, 2024 at $0.97 per day, along with costs allowed under 28 U.S.C. § 2412(a)(2) of $405.00, plus any further costs, fees and expenses authorized by statute.   Interest thereon after date of entry of this judgment shall be at the rate of ____4.22_____%.

This the 20th day of December, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge